JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY TRAN, M.D. | CASE NO.: SACV08-992 CJC (RNBx) |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER DISMISSING ACTION WITH PREJDUCE BASED ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| MASSACHUSETTS CASUALTY INSURANCE COMPANY, and DOES 1 through 10, inclusive., | |
| Defendants. | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

DATED: __December 19, 2008_        _____
                                    United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notese1ef34\~1188615.doc